# United States Court of Appeals
# for the Fifth Circuit

No. 23-30116

United States Court of Appeals
Fifth Circuit
**FILED**
October 29, 2024
Lyle W. Cayce
Clerk

Nicholas Buchicchio,

*Plaintiff—Appellee,*

versus

James M. LeBlanc,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:22-CV-147

_____

Before Davis, Southwick, and Ho, *Circuit Judges*.

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellant pay to Appellee the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.